IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

        Plaintiff,                        No. CIV S-11-0367 JAM GGH PS

    vs.

RICHARD C. VISEK, et al.,

        Defendants.               ORDER

_____/

        Plaintiff is proceeding in this action pro se. On March 18, 2011, this court issued a recommendation that this action be dismissed as duplicative of another action in this court. (No. Civ. S-10-3156 MCE KJN PS).[1] Since those findings and recommendations were issued, plaintiff has filed no less than eight motions in the space of one month.

\\\\\

\\\\\

\\\\\

\\\\\

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Accordingly, IT IS HEREBY ORDERED that: plaintiff is barred from any further filings in this action pending a district court ruling adopting or rejecting this court's findings and recommendations. Failure to comply with order will result in sanctions.

DATED: April 28, 2011

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:076/Graves0367.lim