IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

    Plaintiff,                         No. CIV S-11-0367 JAM GGH PS

    vs.

RICHARD C. VISEK, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On June 23 and August 11, 2011, plaintiff filed two "motion[s] to appeal to the United States Supreme Court" and a "motion for a response to the previous motion." This civil rights action was closed on May 12, 2011. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure.[1] Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: August 17, 2011

                                /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff currently has an appeal pending before the Ninth Circuit Court of Appeals.

1